FILED
2003 MAR 14 P 3:58
US DISTRICT COURT
BRIDGEPORT CT

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A) )
Alan H. Nevas, USDJ

FILED 2004 MAR 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAY HERZOG

    Plaintiff,

v.

INTERNATIONAL MULTIFOODS
CORPORATION and
BETTER BRANDS, INC.,

    Defendants.

CIVIL ACTION NO.
302CV106 (AHN)

MARCH 14, 2003

## MOTION FOR SUMMARY JUDGMENT

The defendants International Multifoods Corporation, Inc. and Better Brands, Inc. (collectively "the defendants") move pursuant to Rule 56 of the Federal Rules of Civil Procedure for Summary Judgment on all counts against them. In support of this motion, the defendants file a Memorandum of Law in Support of their Motion for Summary Judgment, a Local Rule 9(c)1 Statement, the deposition transcript of Plaintiff Jay Herzog, and Affidavits of Scott Riddle and Douglas Casserly.