UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAY HERZOG

    v.                                                                          3:02CV106 (AHN)

INTERNATIONAL MULTIFOODS
CORPORATION and
BETTER BRANDS, INC.

## J U D G M E N T

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 31, 2004 entered an endorsement ruling on Defendants' Motion for Summary Judgment granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of May, 2004.

                                                                               Kevin F. Rowe, Clerk

                                                                               By  /s/ Alice Montz
                                                                                    Deputy Clerk

Entered on Docket _____