United States District Court
District of Connecticut
FILED AT        BRIDGEPORT

5-3                2004
Kevin F. Rowe, Clerk

C.10. Cod
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY HERZOG | : | CIVIL ACTION |
| Plaintiff | : | FILE No. 3:02CV106(AHN) |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL MULTIFOODS | : | |
| CORPORATION, INC. and | : | |
| BETTER BRANDS, INC. | : | |
| Defendants | : | APRIL 29, 2004 |

## NOTICE OF APPEAL

Notice is hereby given that Jay Herzog, Plaintiff in the above-named case, hereby

appeals to the United States Court of Appeals for the Second Circuit from the decision

entered in this action on the 31st day of March, 2004 by the Honorable Alan H. Nevas

granting the Defendants' Motion for Summary Judgment.

MONIZ, COOPER & MCCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS No. 418370

PLAINTIFF

By

Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103
Tel. (860) 278-0200
His Attorneys