**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED
SEP 27  2 00 PM '04
U.S. DISTRICT
NEW HAVEN, CT

| | |
|---|---|
| Date: | 9/21/04 |
| Docket Number: | 04-3325-cv |
| Short Title: | Herzog v. International Corp. |
| DC Docket Number: | 02-cv-106 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alan Nevas |

DC Initials NHCT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 21st. day of September two thousand four.

Jay Herzog,

   Plaintiff-Appellant,

v.

International Multifoods Corp, Inc., and Better Brands, Inc,

   Defendants-Appellees.

Allen Kruh and Howard Greenblatt,

   Material Witnesses.

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

   The appellant herein not having so proceeded, upon consideration thereof, it is ordered that the appeal from the order of 3/31/04 United States District Court for the District of Connecticut be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie
by Angela Martin, Deputy Clerk

For the Court,
Roseann B. MacKechnie, Clerk

By: Angela Martin
Deputy Clerk

CERTIFIED:     SEP 2 1 2004